UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES, on behalf of itself, its staff, physicians and patients, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LUBBOCK, TEXAS, <br><br> Defendant. | No. 5:21-CV-114-H |

**ORDER GRANTING UNOPPOSED MOTION**
**FOR LEAVE TO FILE AMICI CURIAE BRIEF**

Before the Court is Project Destiny Lubbock, et al.'s Unopposed Motion for Leave to File Amici Curiae Brief. Dkt. No. 34. The Court grants the motion. The Clerk of Court is directed to file the amicus brief and its appendix, which are attached to the motion for leave as Dkt. Nos. 34-1 and 34-2, in the official record of this case.

So ordered on May 25, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE