UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES, on behalf of itself, its staff, physicians and patients, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF LUBBOCK, TEXAS,<br><br>  Defendant. | No. 5:21-CV-114-H |

## JUDGMENT

For the reasons set out in the Court's Order Dismissing Case for Lack of Jurisdiction, it is ordered and adjudged that the plaintiffs' action is dismissed without prejudice for lack of jurisdiction.

So ordered on June 1, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE